IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00003 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING CLOSING OF CASE NUMBER** |
| JASON HUI, | |
| Defendant. / | |

    For sake of completion of the record, the closing of this case number was precipitated by the appended letter.

Dated: April 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (415) 581-7420

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540

March 10, 2011

**MEMORANDUM**

The Honorable William H. Alsup
United States District Judge

Re: U.S. v. Jason Sai Kit Hui
Docket No. CR 11-00001-01 SBA

**Duplication of Docket**
**Re: Docket No. CR 11-00003-01 WHA**

Your Honor:

On October 26, 2010, the United States Probation Office for the Northern District of California requested a Transfer of Jurisdiction (TOJ) of Jason Sai Kit Hui's case from the Eastern District of New York. A copy of the TOJ was received by the undersigned officer and forwarded for processing. The transfer was accepted by the Court in Oakland, California, on January 4, 2011, and assigned the docket number of CR 11-00001-01 SBA.

It appears that an additional copy of the TOJ was forwarded to the United States Probation Office in San Francisco, California. This additional copy was also forwarded for processing, and was accepted by the Court in San Francisco, California, on January 5, 2011. This additional TOJ was assigned the docket number CR 11-00003-01 WHA.

Your Honor, as the case under docket number CR 11-00003-01 WHA appears to have been a clerical error causing a duplicate of an existing case, the United States Probation Office is requesting that this case be closed in favor of the preexisting case under docket number CR 11-0001-01 SBA.

Respectfully submitted,

*Alexandre D. Bonneville*
Alexandre D. Bonneville
United States Probation Officer

NDC-SUPV-046  09/29/06

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 09-CR-00693-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| CR11-00001 SBA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason Hui<br><br>7108 C Street<br><br>El Cerrito, California 94530 | Eastern District of New York | Brooklyn, New York |

| NAME OF SENTENCING JUDGE |
|---|
| The Hon. John Gleeson, U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | August 6, 2010 | August 5, 2013 |

| OFFENSE |
|---|
| 18 USC 1343 and 1349, Conspiracy to Commit Wire Fraud, a class B felony |

ORIGINAL FILED
JAN - 4 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____12-1-10_____  _____[signed] John Gleeson_____
Date                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____12/28/10_____  _____[signed]_____
Effective Date                                                  United States District Judge

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 09-CR-00693-01 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason Hui<br>7108 C Street<br>El Cerrito, California 94530 | Eastern District of New York | Brooklyn, New York |
| | NAME OF SENTENCING JUDGE | |
| | The Hon. John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM August 6, 2010 | TO August 5, 2013 |

| OFFENSE |
|---|
| 18 USC 1343 and 1349, Conspiracy to Commit Wire Fraud, a class B felony |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2010 ★
BROOKLYN OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2011 ★
BROOKLYN OFFICE

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-1-10
Date

_/s/ John Gleeson_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __NORTHERN__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY ATTEST
DATED January 3, 2011
ROBERT C. HEINEMANN
BY Francine Pryor
DEPUTY CLERK

A TRUE COPY ATTEST
DATED December 3, 2010
ROBERT C. HEINEMANN   CLERK
BY Francine Pryor
DEPUTY CLERK

10 Dec 2010
Effective Date

United States District Judge

SCANNED
1/5/11 TR